**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JEFFREY HECK,** | ) | **CASE NO. 1:20CV2133** |
| | ) | |
| **Plaintiff,** | ) | **SENIOR JUDGE** |
| | ) | **CHRISTOPHER A. BOYKO** |
| **vs.** | ) | |
| | ) | |
| **COMMISSIONER OF** | ) | **ORDER** |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

On September 22, 2020, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. § 405(g).

(Doc. 1).  The Court referred this matter to Magistrate Judge Amanda M. Knapp pursuant to

Local Rule 72.2.  (Non-Doc. Entry, 9/22/2020).[1]  On December 28, 2021, the Magistrate Judge

recommended that the Court affirm the Commissioner's final decision to deny Plaintiff's

application for Disability Insurance Benefits.  (Doc. 17).  Plaintiff has not filed an Objection.

Federal Rule of Civil Procedure 72 provides that objections to a report and

recommendation must be filed within fourteen days after service.  Fed. R. Civ. P. 72(b).  Plaintiff

has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is

satisfied with the Magistrate Judge's Recommendation.  Any further review by this Court would

be duplicative and an inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d

---

[1] The Court originally assigned the matter to Magistrate Judge Kathleen Burke.  The matter was subsequently
reassigned to Judge Knapp under General Order 2021-15.  (*See* Non-Doc. Entry, 10/1/2021).

813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Serv.*, 932

F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Therefore, Magistrate Judge Knapp's Report and Recommendation is **ADOPTED** and the

Commissioner's decision is **AFFIRMED**.

**IT IS SO ORDERED.**

 s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**

**Dated: January 26, 2022**